**JS 6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRODUCT PARTNERS, LLC, a California Limited Liability Company,<br><br>       Plaintiff,<br><br>   vs.<br><br>YELISSE MARTINEZ, an Individual, and Does 1-10, Inclusive,<br><br>       Defendants. | Case No.:  CV09-09243 DSF (PLAx)<br><br>**JUDGMENT** |

The Court having considered the Application for Default Judgment,

**IT IS ORDERED, ADJUDGED, AND DECREED:**

Plaintiff PRODUCT PARTNERS, LLC is awarded judgment against Defendant YELISSE MARTINEZ in the sum of $150,000.  Plaintiff is also awarded attorneys' fees of $5,600, and costs of $984.49 pursuant to 17 U.S.C. §505.

IT IS FURTHER ORDERED:

   a.   Defendant is enjoined and permanently restrained from manufacturing, advertising, distributing, offering for sale, selling,

whether directly or indirectly, counterfeit P90X® Extreme Home Fitness kits and any other DVDs of any kind bearing Plaintiff's marks or names that are confusingly similar to the trademarks, trade names, designs or logos of Plaintiff;

b.   Defendant is enjoined and permanently restrained from using Plaintiff's marks or any copy, reproduction, or colorable imitation, or confusingly similar simulation of Plaintiff's marks on or in connection with the promotion, advertising, distribution, manufacture or sale of Defendant's goods;

c.   Defendant is ordered to cancel, withdraw and recall all her promotions, advertisements and merchandise bearing Plaintiff's marks or any confusingly similar simulation to Plaintiff's marks, that have been published, placed or shipped by Defendant or under Defendant's authority, to any person, entity, or customer, including, without limitation, any publisher, agency, wholesaler, distributor, retailer, consignor or marketer, and also to deliver to each publisher or customer a copy of this Court's order as it relates to said injunctive relief against Defendant.

**IT IS SO ORDERED:**

**Dated:  March 18, 2010**

By: *Dale S. Fischer*
DALE S. FISCHER
U.S. DISTRICT JUDGE